IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. GREEN, | 1:07-cv-01663-OWW-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 21) |
| DARYL ADAMS, et al., | ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF |
| Defendants. | (Docs. 10, 18, 19.) |

Warren C. Green ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 16, 2008, findings and recommendations were entered, recommending that plaintiff's motions for preliminary injunctive relief, filed on January 9, 2008, February 4, 2008, and March 19, 2008, be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. Plaintiff filed objections on April 30, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 16, 2008, are adopted in full; and

1

2. Plaintiff's motions for preliminary injunctive relief, filed on January 9, 2008, February 4, 2008, and March 19, 2008, are DENIED.

IT IS SO ORDERED.

**Dated:**   **May 30, 2008**                             **/s/ Oliver W. Wanger**
                                                                  UNITED STATES DISTRICT JUDGE

2