UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN C. GREEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DARYL ADAMS, et al.,<br><br>　　　　Defendants. | 1:07-cv-01663-OWW-SMS-PC<br><br>ORDER DENYING MOTION FOR TRANSFER AS MOOT<br>(Doc. 22.) |

Plaintiff, Warren C. Green ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2008, plaintiff filed a motion for an emergency transfer out of the CSP-Corcoran Hospital, due to reprisals by medical prison staff. (Doc. 22.) On May 14, 2008, plaintiff filed a notice of change of address, notifying the court that he was no longer in the CSP-Corcoran Hospital and had been transferred to the California Substance Abuse Treatment Facility in Corcoran. (Doc. 26.) In light of plaintiff's transfer, the motion for transfer is moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for transfer, filed on April 21, 2008, is DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:   August 4, 2008**          　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE